**IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 FEB -8 PM 2: 12

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY G. BICE, | ) | |
| Plaintiff | ) | Case Number: 4:09CV 3197 |
| | ) | |
| v. | ) | CONSENT TO EXERCISE |
| | ) | OF JURISDICTION BY A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| MICHAEL J. ASTRUE, | ) | AND |
| Defendant | ) | ORDER OF REFERENCE |

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| *Glen A. Murray* | For RAndy G. Bice | 2-4-10 |
| *Lynnett M Wagner* | For Defendant Astrue | 2-8-10 |
| | For | |
| | For | |
| | For | |