IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RANDY G. BICE, | ) | |
| | ) | 4:09CV3197 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's motion for extension of time to file his brief (Filing No. 18). For good cause shown,

**IT IS ORDERED** that plaintiff's motion for extension of time to file brief (Filing No. 18) is granted; and the briefing schedule is modified as follows:

1. The plaintiff shall file a brief by March 19, 2010.

2. The defendant shall file a response brief by April 16, 2010.

3. The plaintiff may file a reply brief by May 7, 2010.

DATED this 4th day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge